```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BRIGITTE VOSSE,                       :
                                      :
        Plaintiff,                    :
                                      :         12 Civ. 8004(JSR)
        -v-                           :
                                      :              ORDER
THE CITY OF NEW YORK and ROBERT D.    :
LIMANDRI, as Commissioner of the New  :
York City Department of Buildings,    :
                                      :
        Defendants.                   :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Pending before the Court in the above-captioned case are the parties' cross motions for summary judgment pursuant to Federal Rule of Civil Procedure 56. After careful consideration of the parties' briefing and oral argument, and for reasons to be explained in a forthcoming written opinion, the Court hereby denies plaintiff's motion and grants defendants' cross-motion. Final judgment will not issue, however, until the Court issues its opinion explaining the reasons for this Order.

The Clerk of the Court is directed to close documents numbered 10 and 19 on the docket sheet of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 1, 2013