IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRIGITTE VOSSE,                                    NOTICE OF APPEAL

               Plaintiff,                    12-cv-8004 (JSR)(DCF)

        v.

The CITY OF NEW YORK and ROBERT D.
LIMANDRI, as Commissioner of the New York City
Department of Buildings,

               Defendants.
------------------------------------------------------------------X

NOTICE OF APPEAL

Notice is hereby given that Plaintiff Brigitte Vosse hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 18th day of November, 2013, reaffirming the conclusions in its August 1, 2013 Order denying plaintiff summary judgment and granting defendants' cross-motion for summary judgment for the reasons set forth in the Court's November 6, 2013 Memorandum and Order.

Dated: New York, New York
         December 5, 2013

                                                           Collins Dobkin & Miler LLP

                                  By: _____
                                           Timothy L. Collins (TC0344)
                                           277 Broadway, 14th Floor
                                           New York, New York  10007
                                           (212) 587-2407

                                           _____
                                           Gideon Orion Oliver (GO8799)
                                           *Of Counsel*

To:    Christina L Hoggan, Esq. (by ECF)
        New York City Law Department